734 A.2d 788

THOMAS CORSIE AND LYNN CORSIE, PLAINTIFFS–RESPON-
DENTS, v. MICHAEL CAMPANALONGA, ETC., DEFENDANT,
AND JAMES F. JOHNSON, ETC., ET AL., DEFENDANTS–MOV-
ANTS.

May 4, 1999.

This matter having been presented to the Court on the motion
of defendants for leave to appeal from a decision of the Appellate
Division, reported at 317 *N.J.Super.* 177, 721 *A.*2d 733 (1998), that
requires the production of certain documents maintained by defen-
dants for an *in camera* inspection by the trial court;

And the parties having informed the Court during the pendency
of the motion that the only issue that remains unresolved is the
inspection of a single document, a memorandum dated May 22,
1991;

And defendants having submitted to the Court a certification
that the document at issue is a memorandum that memorializes
oral communications between defendant Campanalonga and the
Vicar for Priests in the Vicar's role as spiritual advisor to Cam-
panalonga;

And it appearing that plaintiffs Thomas and Lynn Corsie do not
dispute the nature of the document at issue;

And good cause appearing;

It is ORDERED that defendants' motion for leave to appeal is
granted, limited solely to the issue of the trial court's inspection of
the memorandum by the Vicar for Priests dated May 22, 1991, and
the portion of the decision of the Appellate Division that relates to
said document is summarily reversed; and it is further

ORDERED that all other relief sought by defendants on leave
to appeal is denied.